IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01074-ZLW-MEH

QUDSIA QURAISHI, Ph.D.,

    Plaintiff,

v.

CARLOS M. GUTIERREZ, Secretary, Department of Commerce,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2009.**

    Defendant's "Unopposed Motion to Stay Discovery" [filed November 19, 2009; docket #23] is **denied** as duplicative.  The actual document filed is a duplicate of the Motion to Dismiss filed on November 16, 2009.  If he wishes to, the Defendant may re-file an actual motion requesting a stay of discovery.