IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01074-ZLW-MEH

QUDSIA QURAISHI, Ph.D.,

    Plaintiff,

v.

CARLOS M. GUTIERREZ, Secretary, Department of Commerce,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2009.**

For the reasons stated at the November 20, 2009 Status Conference, Defendant's Unopposed Motion to Stay Discovery [filed November 20, 2009; docket #26] is **granted in part and denied in part**. The Court will permit limited discovery, i.e., a deposition of the Plaintiff, within the time frame established at the Conference. The parties shall comply with the briefing schedule established at the Conference. All other discovery is stayed pending an order on the Defendant's Motion for Summary Judgment.

Because an actual request for relief was not made properly, the "Unopposed Motion to Stay Discovery" originally filed by Defendant [filed November 19, 2009; docket #23] is **denied as moot**.